# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAUDAX BIO INC., | ) ) ) |
| Plaintiff, | ) Civil Action No. 21-cv-1585 ) ) |
| v. | ) ) |
| AXSOME THERAPEUTICS, INC. | ) ) |
| Defendant. | ) ) |

## NOTICE AND ORDER OF DISMISSAL

WHEREAS, Plaintiff Baudax Bio, Inc. has asserted certain patent infringement claims against Defendant Axsome Inc.;

WHEREAS the parties have resolved all outstanding issues between them relating to this action;

WHEREAS Plaintiff Baudax Bio, Inc. hereby voluntarily dismisses this litigation in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1); and

WHEREAS Plaintiff Baudax Bio, Inc. hereby requests the Court confirm dismissal of this litigation in its entirety with prejudice;

IT IS this _____ day of February, 2022

ORDERED, ADJUDGED AND DECREED as follows:

1. All claims asserted by Baudax Bio, Inc. in the above matter are dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

3. This Court retains jurisdiction to enforce this Order of Dismissal.

-2-

| | |
|---|---|
| Of Counsel: | Respectfully submitted, |
| | |
| | */s/ James H. S. Levine* |
| Andrew P. Zappia (*pro hac vice* to be filed) | James H. S. Levine (DE Bar No. 5355) |
| TROUTMAN PEPPER | TROUTMAN PEPPER |
|    HAMILTON SANDERS LLP |    HAMILTON SANDERS LLP |
| 70 Linden Oaks | Hercules Plaza, 1313 Market Street |
| Suite 210 | Suite 5100 |
| Rochester, NY 14625 | Wilmington, DE 19801 |
| Tel: 585-270-2102 | Tel: 302-777-6536 |
| Email: andrew.zappia@troutman.com | Email: james.levine@troutman.com |

*Attorneys for Plaintiff Baudax Bio, Inc.*

SO ORDERED:

Dated: February ___ , 2022

_____
The Honorable Leonard P. Stark