AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>21-1585-LPS | DATE FILED<br>11/9/2021 | U.S. DISTRICT COURT<br>District of Delaware |
|---|---|---|
| PLAINTIFF<br>BAUDAX BIO, INC. | | DEFENDANT<br>~~BAUDAX BIO, INC.~~ Axsome Therapeutics, Inc. |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 US 8,512,727 | 8/20/2013 | BAUDAX BIO, INC. |
| 2 US 10,471,067 | 12/11/2019 | BAUDAX BIO, INC. |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Not. and Order of Dismissal |

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK | DATE<br>2-8-2022 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAUDAX BIO INC., ) ) ) Plaintiff, ) ) v. ) ) AXSOME THERAPEUTICS, INC. ) ) Defendant. ) | Civil Action No. 21-cv-1585 |

## NOTICE AND ORDER OF DISMISSAL

WHEREAS, Plaintiff Baudax Bio, Inc. has asserted certain patent infringement claims against Defendant Axsome Inc.;

WHEREAS the parties have resolved all outstanding issues between them relating to this action;

WHEREAS Plaintiff Baudax Bio, Inc. hereby voluntarily dismisses this litigation in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1); and

WHEREAS Plaintiff Baudax Bio, Inc. hereby requests the Court confirm dismissal of this litigation in its entirety with prejudice;

IT IS this ____ day of February, 2022

ORDERED, ADJUDGED AND DECREED as follows:

1. All claims asserted by Baudax Bio, Inc. in the above matter are dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

3. This Court retains jurisdiction to enforce this Order of Dismissal.

| Of Counsel: | Respectfully submitted, |
|---|---|
| | /s/ James H. S. Levine |
| Andrew P. Zappia (*pro hac vice* to be filed) | James H. S. Levine (DE Bar No. 5355) |
| TROUTMAN PEPPER | TROUTMAN PEPPER |
|   HAMILTON SANDERS LLP |   HAMILTON SANDERS LLP |
| 70 Linden Oaks | Hercules Plaza, 1313 Market Street |
| Suite 210 | Suite 5100 |
| Rochester, NY 14625 | Wilmington, DE 19801 |
| Tel: 585-270-2102 | Tel: 302-777-6536 |
| Email: andrew.zappia@troutman.com | Email: james.levine@troutman.com |

*Attorneys for Plaintiff Baudax Bio, Inc.*

Dated: February ___ , 2022

SO ORDERED:

_____
The Honorable Leonard P. Stark